## Commonwealth *v.* Hilliard, Appellant.

Before ACKER, J.

Argued November 20, 1975. *Alan*

*Ellis,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.